[No. 7,229.—In Bank.]
Sept. 27, 1882.

## S. G. McMAHAN v. DANIEL MEYER ET AL.

BILL OF LADING—FACTOR—BAILMENT—CONVERSION—PLEDGE—DRAFT—TRO-
VER—DEFENSE BY BAILEE.—The case of *J. H. Dodge* v. *Daniel Meyer*,
No. 7,241, decided Sept. 27, 1882, followed.   (See *supra.*)

APPEAL by defendant from a judgment in the District Court
of the Fourth Judicial District of the State of California in
and for the City and County of San Francisco, and from an
order of the Superior Court of the same City and County
denying a motion for a new trial.   EVANS, J.

Action in the nature of trover for the conversion of wheat.

*Delos Lake* and *S. Rosenbaum,* for Appellants.

For appellant's argument, see points and authorities of ap-
pellant in the case of *Dodge* v. *Meyer,* No. 7,241, *supra.*

*Wilson & Wilson, J. H. McKune,* and *S. M. Wilson,* for
Respondent.

The COURT:

This cause is in all material points similar to *Dodge* v. *Meyer,*
No. 7,241, *supra.*   And on the authority of that case the
judgment and order are affirmed, as of July 1, 1882.

McKEE, J., dissented.